| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>CARTER, GENE | 2. Court or Organization<br><br>U.S. DISTRICT COUT, DISTRICT OF MAINE | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>156 FEDERAL STREET<br>PORTLAND, MAINE 04101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2009 MAY 13 A 10: 52 FINANCIAL DISCLOSURE OFFICE

Carter_Gene

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Maine Health & Higher Education | A | Interest | K | T | | | | | |
| 2. U.S. Govt Treas. Notes maturing 2/15/07-11 /15/07 | B | Interest | M | T | | | | | |
| 3. U.S. Govt Treas. Notes maturing 11/15/07-1 1/15/11 | A | Interest | K | T | | | | | |
| 4. Royce Microcap Realty Trust | A | Interest | J | T | Sold (part) | 10/16 | J | C | |
| 5. Berkshire Hathaway CLB | A | Dividend | J | T | | | | | |
| 6. Berkshire Hathaway CLB | A | Dividend | K | T | Sold (part) | 10/6 | K | D | |
| 7. U.S. Govt Treas. Note maturing 11/15/22 | A | Interest | K | T | | | | | |
| 8. Davis NY Venture Fund Class A | A | Dividend | J | T | | | | | |
| 9. Strategic Global Income Fund | A | Dividend | J | T | | | | | |
| 10. Royce Value Trust | B | Dividend | K | T | Sold (part) | 10/16 | J | A | |
| 11. Newmont Mining Co. | A | Dividend | K | T | | | | | |
| 12. Newmont Mining Co. | A | Dividend | K | T | | | | | |
| 13. Duke Realty Inc. | C | Dividend | J | T | | | | | |
| 14. Fording CDM Coal Trust | C | Dividend | | | Sold | 10/16 | K | C | |
| 15. Kinder Morgan Energy | C | Dividend | J | T | | | | | |
| 16. First Eagle Gold Fund | E | Dividend | K | T | | | | | |
| 17. FDA Capital Fund | E | Dividend | | | Sold | 10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hartford Capital Appreciation Fund | E | Dividend | K | T | | | | | |
| 19. Oak Mark Fund Class A | E | Dividend | K | T | | | | | |
| 20. Ace Limited Bermuda | B | Dividend | J | T | | | | | |
| 21. Becton Dickson | B | Dividend | J | T | | | | | |
| 22. Dineen Emergy Corp. | B | Dividend | J | T | | | | | |
| 23. HCA Inc. | B | Dividend | J | T | | | | | |
| 24. Timber West Forest CPR Stapled | B | Dividend | | | Sold | 10/16 | J | A | |
| 25. Aberdeen Asia Pac, Income Fund | E | Dividend | | | Sold | 10/16 | J | B | |
| 26. Aberdeen Asia Pac, Income Fund | E | Dividend | | | Sold | 10/24 | J | A | |
| 27. Aberdeen Asia Pac, Income Fund | E | Dividend | K | T | | | | | |
| 28. Aberdeen Asia Pac, Income Fund | E | Dividend | K | T | | | | | |
| 29. Petroleum Brasileiro | D | Dividend | J | T | | | | | |
| 30. Petroleum Brasileiro | D | Dividend | J | T | partial sale | 10/24 | J | B | |
| 31. Gold Corp. Inc. New | D | Dividend | J | T | Buy | 8/05 | J | | |
| 32. U.S. Treas Note matures 7/15/13 | E | Interest | K | T | | | | | |
| 33. U.S. Treas Note matures 7/15/12 | E | Interest | K | T | | | | | |
| 34. First Eagle Gold Fund | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Plum Creek Timber Co. | D | Dividend | J | T | | | | | |
| 36. Plum Creek Timber Co. | D | Dividend | J | T | | | | | |
| 37. TINT Bonds Due 11/15/08-11/15/10 | F | Interest | L | T | | | | | |
| 38. New Zealand Govt. Ex Div | A | Dividend | J | T | | | | | |
| 39. First Trust Value Line | A | Dividend | J | T | Sold (part) | 10/16 | J | A | |
| 40. I Shares Silver Trust | A | Dividend | J | T | Spinoff (from line 40) | 9/24 | J | B | |
| 41. I Shares Silver Trust | A | Dividend | J | T | Buy | 8/05 | J | | |
| 42. Ivy Global N.R. Fund CLA | A | Dividend | J | T | | | | | |
| 43. Suncare Inc. | A | Dividend | | | Sold | 10/16 | J | A | |
| 44. Southern Copper Corp. | A | Dividend | J | T | | | | | |
| 45. Southern Copper Corp. | B | Dividend | J | T | | | | | |
| 46. Frontline Limited | B | Dividend | J | T | | | | | |
| 47. Frontline Limited | C | Dividend | | | Sold | 8/05 | J | B | |
| 48. Barrick Gold Corp. | A | Dividend | J | T | | | | | |
| 49. Barrick Gold Corp. | E | Dividend | | | Sold | 8/05 | J | C | |
| 50. Ivy Global Nat. Resources Fund | A | Dividend | J | T | | | | | |
| 51. Street Tracks Gold Trust | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Knights BridgeTankers | A | Dividend | J | T | | | | | |
| 53. Telecom Corp. New Zealand | A | Dividend | J | T | | | | | |
| 54. Enerplus Resources Fund | A | Dividend | J | T | | | | | |
| 55. Enerplus Resources Fund | A | Dividend | J | T | | | | | |
| 56. EPA Capital Fund Inc. | A | Dividend | J | T | | | | | |
| 57. EPA Capital Fund Inc. | A | Dividend | J | T | | | | | |
| 58. Loomis Sayles Strat. Income Fund | A | Dividend | K | T | | | | | |
| 59. Loomis Sayles Strat.Income Fund | A | Dividend | J | T | | | | | |
| 60. Berkshire Hathaway CLB | A | Dividend | | | Sold | 11/20 | K | D | |
| 61. BHP Billiton Ltd. | A | Dividend | | | Sold | 11/20 | J | B | |
| 62. Exxon Mobil Corp. | A | Dividend | L | T | Sold (part) | 10/16 | J | B | |
| 63. Gabelli Equity Trust | A | Dividend | J | T | | | | | |
| 64. Maine Municipal Assoc. | B | Interest | M | T | | | | | |
| 65. Loomis Sayles Strategic Income FD | A | Dividend | L | T | | | | | |
| 66. Acom Co. Ltd. | A | Dividend | | | Sold | 10/20 | J | A | |
| 67. Aegon Nv NY | A | Dividend | | | Sold | 10/20 | J | A | |
| 68. Akzo Nobel NV | A | Dividend | | | Sold | 10/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Alcatel-Lucent | A | Dividend | | | Sold | 10/20 | J | A | |
| 70. Astrazenica PLC | A | Dividend | | | Sold | 10/20 | J | A | |
| 71. Barclays PLC | A | Dividend | | | Sold | 10/20 | J | A | |
| 72. British Sky Broadcasting Group | A | Dividend | | | Sold | 10/20 | J | A | |
| 73. Contax Participacoes ADR | A | Dividend | | | Sold | 10/20 | J | A | |
| 74. Covidien Ltd. | A | Dividend | | | Sold | 10/20 | J | A | |
| 75. Dai Nippon Printing Co. ADR | A | Dividend | | | Sold | 10/20 | J | A | |
| 76. Deutsche Telecome AG ADR | A | Dividend | | | Sold | 10/20 | J | B | |
| 77. France Telecom SA ADR | A | Dividend | | | Sold | 10/20 | J | A | |
| 78. Fuju Film Holding Corp. | A | Dividend | | | Sold | 10/20 | J | B | |
| 79. Fuji Heavy Industries Ltd. | A | Dividend | | | Sold | 10/20 | J | B | |
| 80. Glaxo Smithkline PLC | A | Dividend | | | Sold | 10/20 | J | B | |
| 81. H. Lumbdbeck A/S | A | Dividend | | | Sold | 10/20 | J | B | |
| 82. Hitachi Ltd. | A | Dividend | | | Sold | 10/20 | J | A | |
| 83. HSBC Holdings PLC | A | Dividend | | | Sold | 10/20 | J | B | |
| 84. Infineon Technologies ADR | A | Dividend | | | Sold | 10/20 | J | A | |
| 85. Intesa Saopaolo ADR | A | Dividend | | | Sold | 10/20 | J | A | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kingfisher PLC | A | Dividend | | | Sold | 10/20 | J | A | |
| 87. Koninklijke Ahold ADA | A | Dividend | | | Sold | 10/20 | J | A | |
| 88. Korea Electric Power Corp. | A | Dividend | | | Sold | 10/20 | J | A | |
| 89. KT Corp ADR | A | Dividend | | | Sold | 10/20 | J | B | |
| 90. L.M. Ericsson Telefon Co. Spk | A | Dividend | | | Sold | 10/20 | J | B | |
| 91. Marks & Spencer Group Inc. | A | Dividend | | | Sold | 10/20 | J | B | |
| 92. Millea Holdings Inc. | A | Dividend | J | T | | | | | |
| 93. Mitsubishi VFJ Financial Group IXIC | A | Dividend | | | Sold | 10/20 | J | A | |
| 94. Mitsui Sumitomo INSI Ltd. | A | Dividend | | | Sold | 10/20 | J | B | |
| 95. Mizutto Financial Group Inc. | A | Dividend | | | Sold | 10/20 | J | B | |
| 96. NEC Corp. ADR Japan ADR | A | Dividend | | | Sold | 12/04 | J | A | |
| 97. Nestles Corp. | A | Dividend | | | Sold | 10/20 | J | A | |
| 98. Nippon Tel & Tel Corp. | A | Dividend | | | Sold | 10/20 | J | C | |
| 99. Nortel Networks Corp. | A | Dividend | | | Sold | 10/20 | J | A | |
| 100. Portugal Telecom SCPS ADR | A | Dividend | | | Sold | 10/20 | J | A | |
| 101. Promise Co. Ltd. | A | Dividend | | | Sold | 10/20 | J | A | |
| 102. Royal Bank Scotland Group PLC | A | Dividend | | | Sold | 10/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Sanofi-Aventis SA ADR | A | Dividend | | | Sold | 10/20 | J | B | |
| 104.  Seiko Epson Corp. | A | Dividend | | | Sold | 10/20 | J | A | |
| 105.  SK Telecom Co. Ltd | A | Dividend | | | Sold | 10/20 | J | B | |
| 106.  Sony Corp. ADR Japan | A | Dividend | | | Sold | 10/20 | J | A | |
| 107.  STMICRO Electronics NV | A | Dividend | | | Sold | 10/20 | J | B | |
| 108.  Sumitro Mitsui Financial Group Ltd | A | Dividend | | | Sold | 10/20 | J | B | |
| 109.  Swisscom AG | A | Dividend | | | Sold | 10/20 | J | B | |
| 110.  Tele Norte Leste Particicopacoes SA | A | Dividend | J | T | | | | | |
| 111.  Teleboas Telecomunica Brasilei RAS SA | A | Dividend | | | Sold | 10/20 | J | A | |
| 112.  Telecom Italia SA | A | Dividend | | | Sold | 10/20 | J | B | |
| 113.  Telecom Corp. New Zealand | A | Dividend | | | Sold | 10/20 | J | A | |
| 114.  Telecom Argentina SA | A | Dividend | | | Sold | 10/20 | J | A | |
| 115.  Telefonica SA | A | Dividend | | | Sold | 10/20 | J | A | |
| 116.  Telephonos de Mexico SA | A | Dividend | | | Sold | 10/20 | J | A | |
| 117.  Thompson SPON ADR | A | Dividend | | | Sold | 10/20 | J | A | |
| 118.  Tim Participacoes | A | Dividend | | | Sold | 10/20 | J | A | |
| 119.  Tomprins PLC | A | Dividend | | | Sold | 10/20 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Toppan Printing Ltd | A | Dividend | J | T | | | | | |
| 121. Tyco Electronics Ltd | A | Dividend | | | Sold | 10/20 | J | A | |
| 122. Unilever NV NY | A | Dividend | | | Sold | 10/20 | J | B | |
| 123. ViVo Participacoes | A | Dividend | | | Sold | 10/20 | J | A | |
| 124. Wolters Kluwer NV ADR | A | Dividend | | | Sold | 10/20 | J | A | |
| 125. Royce Microcap | A | Dividend | J | T | | | | | |
| 126. Davis New York Vexiture Fund | A | Dividend | J | T | | | | | |
| 127. Ivy Cundill Global Value Fund | A | Dividend | J | T | | | | | |
| 128. Loomis Sayles Strat, Income Fund | A | Dividend | J | T | | | | | |
| 129. First Eagle | A | Dividend | J | T | Buy | 8/05 | J | | |
| 130. Ivy Global Nat. Resources Fund | A | Dividend | J | T | | | | | |
| 131. J. Sainsbury PLC | A | Dividend | J | T | | | | | |
| 132. Fairfax Finl HGG Ltd | A | Dividend | J | T | Buy | 8/05 | J | | |
| 133. Eagle Bolk Shipping | A | Dividend | J | T | Buy | 8/05 | J | | |
| 134. Yellow Pages Income Fund | A | Dividend | J | T | Buy | 10/16 | J | | |
| 135. Provident Energy Trust | A | Dividend | J | T | Buy | 10/24 | J | | |
| 136. Penn West Energy Trust | A | Dividend | J | T | Buy | 10/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Kinder Morgan Energy | A | Dividend | J | T | Buy | 11/20 | J | | |
| 138. Enerplus Resources Fund | A | Dividend | J | T | Buy | 11/20 | J | | |
| 139. Noveen Muni Value Fund | C | Dividend | K | T | Buy | 11/20 | K | | |
| 140. Noveen Muni Value Fund | C | Dividend | | | Sold | 11/20 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, GENE | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The entries on lines 60 through 131 of Part VII relate to holdings and transactions in ███████ inherited investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544